**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| **Elizabeth Serpa,** | ) | **Case No.:  2:26-cv-00882-BHH** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **AMENDED CONFERENCE** |
| | ) | **AND SCHEDULING ORDER** |
| **Allen Davis and Federal Express** | ) | |
| **Corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case. Discovery may begin upon receipt of this order.

…

4.    Motions to join other parties and amend the pleadings (Fed.R.Civ.P.16(b)(3)(A)) shall be filed no later than **August 11, 2026**.[1]

5.    Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **September 10, 2026**.

6.    Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **October 11, 2026**.

7.    Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **October 11, 2026**.  Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed.R.Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

8.    Discovery shall be completed no later than **December 10, 2026**.  All discovery requests shall be served in time for the responses thereto to be served by this date.  De bene esse

---

[1]As a general rule, when no timely response is filed to any motion, the Court will grant the motion with the notation that it is being "granted *without opposition*."

depositions must be completed by discovery deadline.  **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had a telephone conference with Judge Hendricks in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such motion.**

9.    Mediation shall be completed in this case on or before **December 10, 2026.**  See the Mediation Order filed in this case which sets forth mediation requirements.

10.   All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed.R.Civ.P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **January 11, 2027**. (Fed.R.Civ.P.16(b)(3)(A)).

11.   This case is subject to being called for jury selection and/or trial the later of 60 days after dispositive motions have been resolved or **April 12, 2027**.  Once a specific jury selection and trial date are scheduled, a Notice will be issued at that time.  The Notice will set forth deadlines for the Fed. R. Civ. P. 26(a)(3) pretrial disclosures and objections, Motions in Limine, Pretrial Briefs, and marking of exhibits.

s/Bruce Howe Hendricks
_____
Bruce Howe Hendricks
United States District Judge

Dated:   April 24, 2026
Charleston, South Carolina

Pursuant to Local Civil Rule 83.I.06, this order is being sent to local counsel only.